# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

CLUBSPECIALISTS INTL., LLC,

     **Plaintiff,**

**v.**

KEENELAND ASSOCIATION, INC.,

     **Defendant,**

**and**

KEENELAND HOSPITALITY, LLC,

     **Intervenor Defendant.**

CIVIL NO. 5:16–CV–345–KKC

<u>**JUDGMENT**</u>

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered on May 2, 2018, (DE 94), and the Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES** as follows:

    **(1)** Plaintiff ClubSpecialists' motion for summary judgment, (DE 83), is **DENIED**;

    **(2)** Defendant Keeneland Association and Intervenor Defendant Keeneland Hospitality's motion for summary judgment, (DE 84), is **GRANTED** with respect to Counts I, II, and III of Plaintiff ClubSpecialists' first amended complaint and to Counts II, III, and V of Intervenor Defendant's second amended intervening counterclaim;

    **(3)** Defendant Keeneland Association and Intervenor Defendant Keeneland Hospitality's motion for summary judgement, (DE 84), is **DENIED** with respect to Count I of Intervenor Defendant's second amended intervening counterclaim;

**(4)** Intervenor Defendant Keeneland Hospitality, LLC's, motion for summary judgment on damages, (DE 97), is **DENIED**; and

**(5)** This Judgment is **FINAL** and **APPEALABLE**.

Dated November 26, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY